# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1853

_____

United States of America,            *
                                     *
              Appellee,              *    Appeal from the United States
                                     *    District Court for the
       v.                            *    District of Minnesota.
                                     *
Dennis Eugene Mentzos, II,           *    [UNPUBLISHED]
                                     *
              Appellant.             *

_____

Submitted: March 5, 2008
Filed: March 10, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Dennis Mentzos appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 41(g) motion for the return of his seized property. See Fed. R. Crim. R. 41(g) (person aggrieved by deprivation of property may move for return of property and court "must receive evidence on any factual issue necessary to decide the motion"). In light of the additional information provided by the parties to supplement the appellate record, we affirm the district court's judgment under 8th Cir. R. 47B. See Stokors S.A. v. Morrison, 147 F.3d 759, 760 n.2 (8th Cir. 1998) (expanding

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

record because it allows more complete understanding of events at issue); see also United States v. Timley, 443 F.3d 615, 625 (8th Cir. 2006) (government, by way of letter, authorized return of defendant's property, obviating any need for hearing on matter).

_____